FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR -4 AM 10: 35

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JOSEPH JEFFREY McDONALD,

    Plaintiff,

v.

Correctional Officer LAWSON;
Correctional Officer HART; Deputy
Warden BENNETT; Dr. HARDIN;
HP/HEALTH PROFESSIONALS, LTD,
D. RAY JAMES PRISON/CORNELL
CORRECTIONS,

    Defendants.

CIVIL ACTION NO.: CV507-001

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against HP Health Professionals, LTD, Cornell Corrections, and D. Ray James Prison are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

**SO ORDERED**, this 4th day of April, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)